**JUDGE DANIELS**          **07 CV 2977**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DAEWOO LOGISTICS CORP.,

                Plaintiff,

- against -

QUALITEX TRADING CO. LTD.,

                Defendant.
------------------------------------------------------------X

[Stamp: 07 CV ECF CASE RECEIVED APR 13 2007 U.S.D.C. S.D.N.Y. CASHIERS]

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: April 13, 2007
       Southport, CT

                              The Plaintiff,
                              DAEWOO LOGISTICS CORP.

By: _____
      Nancy R. Peterson (NP 2871)
      Patrick F. Lennon (PL 2162)
      TISDALE & LENNON, LLC
      11 West 42nd Street, Suite 900
      New York, NY 10036
      (212) 354-0025 – phone
      (212) 869-0067 – fax
      npeterson@tisdale-lennon.com
      plennon@tisdale-lennon.com