UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Daewoo Logistics Corp.
                Plaintiff,

     -against-                              07-CIVIL 2977 (GBD)

Qualitex Trading Co. Ltd.
                Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Nancy R. Peterson__

☐ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: NP 2871

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: __Tisdale & Lennon, LLC__

    To: __Lennon, Murphy & Lennon, LLC__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* The Gray Bar Building, 420 Lexington, Ave., Suite 300, NY NY, 10170

☐ *Telephone Number:* (212) 490-6050

☐ *Fax Number:* (212) 490-6070

☐ *E-Mail Address:* nrp@lenmur.com

Dated: 5/18/2007