USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JUL 1 1 2007

# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy - *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon - *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson - *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

July 3, 2007

**SO ORDERED**

The conference is adjourned to August 22, 2007 at 9:45 a.m.

*George B. Daniels* JUL 0 9 2007

HON. GEORGE B. DANIELS

*By Facsimile (212) 805-6737*
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

Re: <u>Daewoo Logistics Corp. v. Qualitex Trading Co., Ltd.</u>
Docket Number: 07-cv-02977-GBD
Our Reference Number: 1055

Dear Judge Daniels:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Wednesday, July 11, 2007 at 9:30 a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On April 4, 2007 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York.

In response to service of the Ex-Parte Order and Writ, Wachovia restrained Defendant's property in the full amount requested ($222,743.18). In addition, we were notified that Defendant has retained counsel in this action. Mr. George B. Frehill of Frehill, Hogan and Mahar, LLP, contacted us about this matter on or about June 12, 2007. As of the last update, the parties were attempting to negotiate a settlement of the underlying claims.

In light of the on-going settlement negotiations, we request that the pre-trial conference currently scheduled in this matter for July 11, 2007 at 9:30 be adjourned for 30 days. We attempted to contact Defendant's counsel regarding this request, however, he was on vacation.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is counsel's second request for an adjournment. The first was granted on April 18, 2007. We thank your Honor for consideration of this request.

Respectfully submitted,

Nancy R. Peterson (NP 2871)