USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 0 2007

# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
*phone* (212) 490-6050
*fax* (212) 490-6070

Patrick F. Lennon – *pfl@lenmur.com*
Charles E. Murphy – *cem@lenmur.com*
Kevin J. Lennon – *kjl@lenmur.com*
Nancy R. Peterson – *nrp@lenmur.com*

Tide Mill Landing
2425 Post Road
Southport, CT 06890
*phone* (203) 256-8600
*fax* (203) 256-8615

August 17, 2007

*By Facsimile (212) 805-6737*
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

**SO ORDERED**
The conference is adjourned to
September 26, 2007 at 9:30 a.m.

AUG 2 0 2007  *George B. Daniel*

HON. GEORGE B. DANIELS

Re:  Daewoo Logistics Corp. v. Qualitex Trading Co., Ltd.
     Docket Number: 07-cv-02977-GBD
     Our Reference Number: 1055

Dear Judge Daniels:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Wednesday, August 22, 2007 at 9:45 a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On April 4, 2007 an Ex-Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York.

In response to service of the Ex-Parte Order and Writ, Wachovia restrained Defendant's property in the full amount requested ($222,743.18). We have recently been informed that the parties are currently negotiating posting alternate security for their respective claims in Japan.

In light of the on-going settlement negotiations, we request that the pre-trial conference currently scheduled in this matter for August 22, 2007 at 9:45 be adjourned for 30 days. Defendant's counsel has been contacted regarding this request and has consented.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for consideration of this request.

Respectfully submitted,

Nancy R. Peterson (NP 2871)

*Cc:* *<u>Via Facsimile 212-425-1901</u>*
Attorney for Defendant
George B. Freehill