# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
*phone* (212) 490-6050
*fax* (212) 490-6070

Patrick F. Lennon - *pfl@lenmur.com*
Charles E. Murphy - *cem@lenmur.com*
Kevin J. Lennon - *kjl@lenmur.com*
Nancy R. Peterson - *nrp@lenmur.com*

Tide Mill Landing
2425 Post Road
Southport, CT 06890
*phone* (203) 256-8600
*fax* (203) 256-8615

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

December 18, 2007

DEC 3 0 2007

SO ORDERED

*George B Daniels* (signature)

HON. GEORGE B. DANIELS

DEC 1 9 2007

**By facsimile (212) 805-6737**
Hon. George B. Daniels
United States District Judge
c/o Rachael
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

**Re:    Daewoo Logistics Corp. v. Qualitex Trading Co., Ltd.**
Docket Number: 07-cv-02977-GBD
Our Reference Number: 1055

Dear Judge Daniels:

        We represent the Plaintiff in the above captioned matted.  Pursuant to the Court's Order dated October 11, 2007, please find attached hereto a copy of a Notice of Dismissal executed by the undersigned for your Honor's ultimate endorsement.

        We respectfully request that your Honor endorse this Notice so the action may be dismissed.

        Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

                                Respectfully submitted,

                                *(signature)*

                                Nancy R. Peterson (NP 2871)